**No. 11-5952. Johnnie Butler, Petitioner v. United States.**

565 U.S. 1063, 132 S. Ct. 762, 181 L. Ed. 2d 491, 2011 U.S. LEXIS 8586.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 239.

**No. 11-5991. Edmund Zagorski, Petitioner v. Tennessee.**

565 U.S. 1063, 132 S. Ct. 762, 181 L. Ed. 2d 491, 2011 U.S. LEXIS 8594.

November 28, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Middle Division, denied.

**No. 11-6002. DeMarcus Hardy, Petitioner v. United States.**

565 U.S. 1063, 132 S. Ct. 762, 181 L. Ed. 2d 491, 2011 U.S. LEXIS 8496.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 643 F.3d 143.

**No. 11-6079. Corey Jermaine Parker, Petitioner v. United States.**

565 U.S. 1063, 132 S. Ct. 762, 181 L. Ed. 2d 491, 2011 U.S. LEXIS 8482.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 411 Fed. Appx. 220.

**No. 11-6096. Anthony Fisher, Petitioner v. United States.**

565 U.S. 1063, 132 S. Ct. 762, 181 L. Ed. 2d 491, 2011 U.S. LEXIS 8538.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 635 F.3d 336.

**No. 11-6224. Michael Shane Worthington, Petitioner v. Don Roper, Warden.**

565 U.S. 1063, 132 S. Ct. 763, 181 L. Ed. 2d 491, 2011 U.S. LEXIS 8573.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 631 F.3d 487.

**No. 11-6425. Kirk Douglas Byrd, Petitioner v. Randall Workman, Warden.**

565 U.S. 1063, 132 S. Ct. 763, 181 L. Ed. 2d 491, 2011 U.S. LEXIS 8581.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 645 F.3d 1159.

**No. 11-6436. Kofi Easterling, Petitioner v. William Pollard, Warden, et al.**

565 U.S. 1064, 132 S. Ct. 764, 181 L. Ed. 2d 491, 2011 U.S. LEXIS 8487.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.